No. 72–6532.  KRULL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–6546.  COPELAND *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 72–6585.  ANDRADE *v.* HAUCK, SHERIFF, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 72–6635.  BABCOCK *v.* SWENSON, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 72–6641.  CRENSHAW *v.* JAMES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 72–6643. - SMILEY *v.* LaVALLEE, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 72–6656.  CLEVELAND *v.* WARDEN, MARYLAND STATE PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 72–6664.  HIGGENS, AKA ROBINSON *v.* NORTH CAROLINA.  Ct. App. N. C.  Certiorari denied.

No. 72–6673.  OAKES *v.* BLACK, REFORMATORY SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 72–6674.  LEMMO *v.* VINCENT, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 72–1041.  DOUGLAS ET AL. *v.* COVELL.  Sup. Ct. Colo.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant the petition and affirm the judgment.